IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| TINGUELY DEVELOPMENT, INC., a Hawaii Corporation,<br><br>Lienor<br><br>vs.<br><br>AZ RAIN, LLC, KK LOT 3 LLC, KUIKAWA 4 LLC, JOHN DOES 1-10, JANE DOES 1-10 and DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10; DOE GOVERNMENTAL UNITS 1-10; and DOE ENTITIES 1-10,<br><br>Respondents. | Case No. CV18-00204 HG-RLP<br><br>**DECLARATION OF JUDY A. TANAKA** |

## DECLARATION OF JUDY A. TANAKA

Pursuant to 28 U.S.C § 1746, I declare that:

1.  I am an attorney with the law firm of Alston Hunt Floyd & Ing, licensed to practice law in the State of Hawai`i, and one of the attorneys representing Respondents AZ RAIN, LLC, KK LOT 3 LLC, and KUIKAWA 4 LLC ("Respondents"), in this matter.

2.  I make this declaration in support of RESPONDENTS' MOTION TO DISMISS *APPLICATION FOR MECHANIC'S AND*

1019088v1 / 13069-1

*MATERIALMAN'S LIEN* [DKT NO.1, EX.A], OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT, filed herewith.

   3. Attached as **Exhibit 1** is a certified copy of the *Affidavit re Merger*, recorded in the Bureau of Conveyances of the State of Hawaii as Document No. A-59400583, on April 6, 2016.

   4. Attached as **Exhibit 2** is a certified copy of the *Affidavit of Publication* of the *Owner's Notice of Completion of Contract* for TMK 7-2-025-016-0000 (herein referred to as "**Kuikawa 2**"), filed on April 10, 2017 in the Circuit Court of the Third Circuit State of Hawaii.

   5. Attached as **Exhibit 3** is a certified copy of the *Affidavit of Publication* of the *Owner's Notice of Completion of Contract* for TMK 7-2-025-018-0000 (herein referred to as "**Kuikawa 4**"), filed on July 31, 2017 in the Circuit Court of the Third Circuit State of Hawaii.

   6. Attached as **Exhibit 4** is a certified copy of the *Affidavit of Publication* of the *Owner's Notice of Completion of Contract* for TMK 7-2-025-017 (herein referred to as "**Kuikawa 3**"), filed on January 26, 2018 in the Circuit Court of the Third Circuit State of Hawaii.

7. The foregoing exhibits are all publicly filed documents from sources whose accuracy cannot reasonably be questioned and are therefore subject to judicial notice pursuant to Rule 201(b)(2) of the Federal Rules of Evidence ("FRE").  The Respondents respectfully request that judicial notice be taken of Exhibits 1 through 4, pursuant to FRE 201(c)(2).

I declare under penalty of perjury that the foregoing is true and correct.

DATED: Honolulu, Hawai`i, June 7, 2018.

/s/ Judy A. Tanaka
JUDY A. TANAKA