# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CV NO. 18-00204 HG-RLP |
| CASE NAME: | Tinguely Development, Inc. v. AZ Rain, LLC; KK Lot 3 LLC; Kuikawa 4 LLC; John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Corporations 1-10; Doe Governmental Units 1-10; Doe Entities 1-10 |
| ATTY FOR PETITIONER: | Michele-Lynn E. Luke, Esquire |
| ATTY FOR RESPONDENTS: | Judy A. Tanaka, Esquire<br>Maile Osika, Esquire |

JUDGE: Helen Gillmor

DATE: October 24, 2018

On October 22, 2018, the Parties submitted:

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES.

(ECF No. 12).

The Stipulation is signed by all Parties to the action. There are no remaining parties or claims.

The case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and District of Hawaii Local Rule 41.1.

Submitted by: Rachel Sharpe, Courtroom Manager